# EXHIBIT 3



**Exhibit 3**
**Page 15**