# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office

# VINO2GO

| | |
|---|---|
| **Reg. No. 4,299,343** | KAISER, MARK CHRISTIAN (UNITED STATES INDIVIDUAL) |
| **Registered Mar. 5, 2013** | 4702 GOLF TERRACE<br>MINNEAPOLIS, MN 55424 |
| **Int. Cl.: 21** | FOR: DRINKING GLASSES; DRINKING GLASSES MADE FROM RECYCLED PLASTIC; DRINKING GLASSES, NAMELY, TUMBLERS; GLASS BEVERAGEWARE; GLASS MUGS; PILSNER DRINKING GLASSES; SHOT GLASSES; WINE GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 4-12-2012; IN COMMERCE 6-12-2012. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 85-614,582, FILED 5-2-2012. |
| | JASON LOTT, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office

Exhibit 4
Page 16