# EXHIBIT 5



**Exhibit 5**
**Page 17**